Frank Kopliner, Appellant, v. American Locomotive Company, Respondent. — Judgment and order affirmed, with costs. All concurred.

Michael J. Kean and Another, as Executors, etc., Respondents, v. Mary Kane and Others, Appellants.— Judgment reversed and new trial ordered, with costs to appellants to abide event. Held, that the evidence in this case was of such character as to make the testamentary capacity of the decedent a question for the jury. All concurred.

Ella L. Shay, Respondent, v. Northern Central Railway Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground of contributory negligence. Robson, J., not sitting.

Fanny Batz, as Administratrix, etc., of John Batz, Deceased, Respondent, v. Buffalo, Rochester and Pittsburg Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J , who dissented upon the ground that as matter of law the negligence of the defendant was not established.

August Wilhelm Ludwig Rothenberg, Respondent, v. Newton M. Collins, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury was contrary to and against the weight of the evidence. All concurred.

Bessie Rogers, an Infant, by Wallace G. Rogers, Her Guardian ad Litem, Respondent, v. Payson F. Thompson, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. Peter H. Smith, Appellant, v. T. Edward Atchinson, President, and Others, Trustees of the Village of Batavia, Respondents.— Writ of certiorari dismissed, stay of proceedings vacated and proceedings affirmed, with fifty dollars costs and disbursements. All concurred.

City of Buffalo, Appellant, v. Thomas Cusack Company, Respondent.— Judgment affirmed, with costs. All concurred.

Rachel Maynard, Respondent, v. Rochester Railway Company, Appellant.— Motion to amend decision denied.

Warner Brainard, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Fidelity and Deposit Company of Maryland, Appellant, v. Frank E. Ouchie and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of Committee on Character and Fitness of Applicants for Admission to the Bar.— Resignation of Hon. Henry Purcell as a member and chairman of the committee in the Fifth Judicial District accepted and filed. William G. Tracy, Esq., now a member of said committee, designated as chairman thereof. George W. Reeves, Esq., of Watertown, appointed a member of the committee to fill the vacancy.

Benjamin D. Davis, Respondent, v. Bessie H. Davis, Appellant.— Motion granted and appeal dismissed.

Rachel Blackburn, as Administratrix, etc., of Joseph B. Blackburn, Deceased,